## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JOHN F. KODENKANDETH, | : | No. 50 WAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| UPMC FOR LIFE, DEPARTMENT OF | : | |
| OTOLARYNGOLOGY, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2019, the Petition for Allowance of Appeal and the Application for Special Relief is **DENIED**, and Petitioner's Application to Permit Lower Trial Court to Proceed is DISMISSED as moot.